UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DOTEXAMDR, PLLC

    vs.                                                 CASE NO. 3:20CV698MPS)

HARTFORD UNDERWRITERS INSURANCE
COMPANY

## JUDGMENT

This action having come on for consideration of defendant's motion to dismiss the third amended complaint before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on August 4, 2021 granting the motion; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 5th day of August 2021.

                                                            ROBIN D. TABORA, Clerk

                                                            By_____/s/_____
                                                              Devorah Johnson
                                                              Deputy Clerk

EOD 08/5/21